ACCEPTED
12-14-00005-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/27/2015 9:17:15 PM
CATHY LUSK
CLERK

Cause No. 12-14-00005-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/27/2015 9:17:15 PM
CATHY S. LUSK
Clerk

In the Court of Appeals for the
Twelfth Judicial District at Tyler, Texas

Joseph Finley,
Appellant

v.

State of Texas,
Appellee

On Appeal from Cause No. 2013-0140 in the 217th
Judicial District Court of Angelina County, Texas

**State's Third Motion for Extension (Unopposed)**

**To the Honorable Justices of this Court:**

Appellee, State of Texas, moves for a 3-day extension of time to file its

brief.

I.

Undre the Texas Rules of Appellate Procedure, the general deadline to file

an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R.

1

App. P.38.6(b). Appellant's Brief was filed on December 22, 2014, giving the State until Wednesday January 21, 2015 to file its brief. The State requested a 30-day extension of time on Wednesday January 21, 2015 which made the brief due on Friday February 20, 2015, and a 7-day extension of time making the brief due Friday February 27, 2015.

The State of Texas now requests a 3-day extension of time in which to file its brief.

## II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1. Counsel for the State was working on and comleted a brief in *Dominey v. State*, No. 12-14-00226-CR and is actively working on a brief in *Alfred v. State*, No. 12-14-00319-CR during the same time frame.

2. Counsel for the State is also actively preparing for oral arguments on Tuesday March 3, 2015 in *Forrester v. State*, No. 12-14-00114-CR.

3. Counsel for the State is also preparing for a jury trial on March 5, 2015 in *State v. Fletcher*, No. 2014-0790, with jury selection on Monday March 2, 2015.

4. Counsel for the Appellant is unopposed to this extension, and State's Brief is substantively complete with additional time needed to review.

### III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline. This is the State's third motion for extension, and it is not brought for purposes of delay or harrassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested 3-day extension to file its State's Brief in this matter.

Respectfully Submitted,

*/s/ April Ayers-Perez*

Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
ATTORNEY FOR THE
STATE OF TEXAS

### Certificate of Service

I certify that on February 27, 2015, a true and correct copy of the above document has been forwarded to John Tunnell, by electronic service through efile.txcourts.gov.

3

*/s/ April Ayers-Perez*

**Certificate of Conference**

I certify that on February 27, 2015, I conferred with John Tunnell abou this motion, and certify that he was unopposed to a 3-day extension.

*/s/ April Ayers-Perez*